IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHERINE CONRAD,

    Plaintiff,

v.

BELL, MOORE & RICHTER, S.C.,
BILL ABBOTT, BILL WILLIAMS,
MARK FUHRMAN, JESSICA ZERBST,
KELLY STOHR and CHANTELLE RINGE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-539-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____      8/31/11
Peter Oppeneer, Clerk of Court          Date